THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* AL JOVANOV, a/k/a BRANKO JOVANOV, Defendant-Appellee.—THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* ANGELINA JOVANOV, Defendant-Appellee.—THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* AL JOVANOV, Defendant-Appellee.

(Nos. 60275-77 cons.;

First District (2nd Division)—February 18, 1975.

Opinion by Mr. JUSTICE STAMOS.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael F. Baccash, Assistant State's Attorneys, of counsel), for the People.

No brief or appearance for appellee.